McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

MAR 16 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 1:06-cr-99 OWW |
| Plaintiff, ) | |
| ) | EX PARTE MOTION TO SEAL |
| v. ) | INDICTMENT PURSUANT |
| ) | TO RULE 6(e), FEDERAL |
| ) | FEDERAL RULES OF |
| ALBERT CLARENCE MITCHELL, ) | CRIMINAL PROCEDURE |
| aka "PETE", ) | |
| Defendants. ) | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on March 16, 2006, charging the above defendant with a violation of Title 21, United States Code, Section 841 - Distribution of Cocaine Base/Crack, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on this offense; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except

1

1 | when necessary for the issuance and execution of the warrant.
2 | DATED: March 16, 2006               Respectfully submitted,
3 |                                     McGREGOR W. SCOTT
  |                                     United States Attorney
4 |
  |                                     By /s/
5 |                                     KEVIN P. ROONEY
  |                                     Assistant U.S. Attorney
6 |
7 | ORDERED as prayed this 16 day of March 2006
8 |                                     _____
9 |                                     U.S. Magistrate Judge

2