```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare St.
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5
 6
 7
```



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:06-cr-00099 OWW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO UNSEAL INDICTMENT |
| ALBERT CLARENCE MITCHELL, aka Pete | ) | |
| Defendant. | ) | |

The indictment in this case having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby,

ORDERED this 24th day of March, 2006, that the indictment be unsealed and made public record.

DATED: March 24, 2006

_____
HONORABLE SANDRA M. SNYDER
U.S. DISTRICT MAGISTRATE JUDGE

1